
FILED
March 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002475088

2 pages

LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
David Brady, Esq. - CA Bar No. 70246
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding CA 96099
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LARRY EARL MCCLURE<br>SANDRA DENISE MCCLURE<br><br>Debtors<br>_____/ | Case No. 10-24725-A-7<br><br>DCN: DMB-1<br><br>Date: April 12, 2010<br>Time: 9:00 a.m.<br>Judge: Michael S. McManus<br>Dept.: A, Ctrm 28<br>   501 I St., 7th. Floor<br>   Sacramento, CA<br><br>MOTION TO COMPEL TRUSTEE<br>TO ABANDON BUSINESS |

   Larry Earl McClure, debtor herein, moves this court for an order compelling the Trustee, Michael Dacquisto, to abandon the business operated by the debtor, known as LSM Mobile Repair, located at 28655 Venzke Rd., Cottonwood, CA. The business is the debtor's sole source of income and has no non-exempt assets. There are no employees. It is of no actual value for the bankruptcy estate, but is burdensome to the trustee and the estate, in that the sole source of income from it is from the debtor's personal efforts. The Trustee has informed the debtor and his counsel that the business has no value to the estate and is a liability to him and the estate.

There is no goodwill or other value in either business that could be sold by anyone, including the debtor and the Trustee.

The debtor, Larry Earl McClure. therefore, requests that the Trustee be directed to abandon the business known as, LSM Mobile Repair, and for such other relief as may be appropriate.

Dated: March 10, 2010

_David Brady_, attorney for debtors